**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

_____
                                      )
**ABIGAIL HOSMER**,                   )
                                      )
    Plaintiff,                        )
                                      )
    v.                                )   **Case No.: 1:19−cv−03482−SAG**
                                      )
**FGO DELIVERS, LLC,**                )
                                      )
    Defendant.                        )
_____)

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party will bear its own costs, expenses and attorneys' fees.

Dated: January 27, 2020

| | |
|---|---|
| By: */s/ Joseph B. Wolf* | By: */s/ Margaret J. Scheele* |
| _____ | _____ |
| Joseph B. Wolf (Bar No. 27882) | Margaret J. Scheele (Bar No. 10829) |
| Bruce M. Luchansky | **FISHER & PHILLIPS LLP** |
| **LUCHANSKY MILLMAN** | 7501 Wisconsin Avenue, Suite 1220W |
| 606 Bosley Avenue, Suite 3B | Bethesda, MD 20814 |
| Towson, MD 21204 | Telephone: (301) 951-1577 |
| Telephone: (410) 522-1020 | Fax: (301) 880-5031 |
| Fax: (410) 522-1021 | Email: mscheele@fisherphillips.com |
| Email: joseph@luchanskylaw.com | |
| | |
| *Counsel for the Plaintiff* | *Counsel for the Defendant* |